UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

H-18-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR117 (JCH) |
| | : | |
| v. | : | |
| | : | |
| PAUL FITZGERALD WILLIAMS | : | VIOLATION: |
| | : | 8 U.S.C. §§ 1326(a) and (b)(2) |
| | : | (Reentry of Removed Alien) |

FILED

2019 MAY -2  A 11: 31

US DISTRICT COURT
HARTFORD CT

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Reentry of Removed Alien)

On or about February 8, 2019, in the District of Connecticut and elsewhere, the defendant, PAUL FITZGERALD WILLIAMS, being an alien who had previously been deported and removed from the United States to Jamaica subsequent to the commission of an aggravated felony, that is, distribution of 5 or more grams of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), on or about December 14, 2000, in the District of Connecticut, was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

DEBORAH R. SLATER
ASSISTANT U.S. ATTORNEY