UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:19-cr-117 (JCH) |
| v. ) | |
| ) | |
| PAUL FITZGERALD WILLIAMS ) | June 28, 2019 |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel hereby moves to withdraw as counsel for the Defendant, Paul Fitzgerald Williams, and requests that the Court appoint a replacement from the CJA Panel.

1. Mr. Williams was prosecuted approximately 20 years ago in the District, in a case where the Federal Defender's Office also represented Mr. Willaims.  *See United States v. Williams*, No. 99-265-DJS.  That case also involved an illegal reentry charge, which yielded a conviction and a lengthy prison term, concurrent with a prison term for a conviction for a controlled substance offense.  Those convictions have bearing on the sentencing calculations in the Guidelines in this case, in the event that Mr. Williams either is found guilty following a trial or decides to plead guilty to the pending count in the indictment, which charges him with illegal reentry.

2. During the course of discussions with Mr. Williams, it has become clear that the Federal Defender's Office continued representation of Mr. Williams would suffer from a conflict of interest that is unwaivable.  Accordingly, counsel is filing this motion.

3. The schedule in this matter should be stayed until Mr. Williams receives new counsel.  To counsel's knowledge, there has been no material change in Mr. Williams's

financial circumstances.  Accordingly, he should qualify to receive appointed counsel from the CJA Panel.

4. A copy of this motion will be mailed to Mr. Williams at Hartford Correctional Center, where he currently is detained.

WHEREFORE, counsel respectfully requests that the Court grant this motion, terminate the representation of Mr. Williams by the Federal Public Defender's Office, and appoint counsel from the CJA Panel to represent Mr. Williams going forward.

Respectfully Submitted,

_/s/Charles F. Willson/s/_____
By Charles F. Willson (# ct24129)
FEDERAL DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:     (860) 493-6260
Fax:    (860) 493-6269
email: Charles_Willson@fd.org

**CERTIFICATION OF SERVICE**

This is to certify that on June 28, 2019, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

/s/Charles F. Willson/s/_____
Charles F. Willson