UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO.: 3:19-cr-00117-JCH |
| v. | : |
| PAUL FITZGERALD WILLIAMS | : JULY 19, 2019 |

## WAIVER OF SPEEDY TRIAL

The Defendant, Paul Fitzgerald Williams, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. 3161 (h)(8)(A).

In support of this waiver, the defendant states as follows:

1. He is represented by and has consulted with his attorney concerning this waiver;

2. He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

3. He requests that the Court find that the requested continuance is in the best interest of the defendant, outweighs the public interest in a speedy trial and that the Court find that the period of delay from August 5, 2019, to and through November 1, 2019, is hereby excluded.

_P Williams_  7/19/19
Paul Fitzgerald Williams   Date

_[signature]_  7/19/19
Robert C. Mirto   Date

## CERTIFICATION

I hereby certify that, on July 22, 2019, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Robert C. Mirto, Esq. ct00188